UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL RUDNICK, <br>     Petitioner <br><br> v. <br><br> NH DEPARTMENT OF CORRECTIONS <br> et al. <br>     Respondent | CASE NO : **1:24-CV-00085-JL-TSM** |

NOTICE OF APPEARANCE

I, Elizabeth C. Woodcock, do hereby enter my notice of appearance on behalf of the Respondent, New Hampshire Department of Corrections, with regard to the above-captioned matter.

Date:   April 9, 2024                           Respectfully submitted,

                                                    *s/Elizabeth C. Woodcock*
                                                    Elizabeth C. Woodcock
                                                    New Hampshire Bar No.: 18837
                                                    Senior Assistant Attorney General
                                                    Criminal Justice Bureau
                                                    1 Granite Place South – 4th Floor
                                                    Concord, NH 03301
                                                    603/271-3671

CERTIFICATE OF SERVICE

I, Elizabeth C. Woodcock, do hereby certify that the above Notice of Appearance has on this 9th day of April, 2024 been served on all parties or their attorneys of record via electronic filing.

                                                    *s/Elizabeth C. Woodcock*
                                                    Elizabeth C. Woodcock