UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| MICHAEL RUDNICK,<br>    Petitioner<br><br>v.<br><br>NH DEPARTMENT OF CORRECTIONS<br>et al.<br>    Respondent | CASE NO : **1:24-CV-00085-JL-TSM** |

NOTICE OF APPEARANCE

I, Nathan Kenison-Marvin, do hereby enter my notice of appearance on behalf of the Respondent, New Hampshire Department of Corrections, with regard to the above-captioned matter.

Date:   April 9, 2024                                        Respectfully submitted,

*/s/* Nathan Kenison-Marvin
Nathan Kenison-Marvin
NH Bar #270162
Assistant Attorney General
New Hampshire Office of the
Attorney General Civil Bureau
1 Granite Place, South
Concord, New Hampshire 03301
(603) 271-3650

CERTIFICATE OF SERVICE

I, Nathan Kenison-Marvin, do hereby certify that the above Notice of Appearance has on this 9th day of April, 2024 been served on all parties or their attorneys of record via electronic filing.

*/s/* Nathan Kenison-Marvin
Nathan Kenison-Marvin