UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL RUDNICK           )<br>          Plaintiff                 )<br>     v.                                   )<br>                                          )<br>NH DEPT OF CORRECTIONS ET AL.  )<br>          Defendant             ) | Case No. 24-cv-085-JL-TSM |

## ASSENTED-TO MOTION TO STAY

1. I have been assigned to represent Mr. Rudick on his pending habeas petition.

2. A lawyers only conference is scheduled for Wednesday, April 17, 2024 before the Magistrate Judge.

3. Petitioner has filed a motion in Superior Court requesting the same relief sought in this petition.

4. All parties agree that the wisest course is to stay this habeas petition pending the conclusion of the state court proceedings.

5. Elizabeth Woodcock from the Attorney General's Office assents to this relief.

6. Due to the nature of this motion no memorandum of law is necessary.

WHEREFORE, the petitioner requests that the petition be stayed until the conclusion of the state court proceedings and the April 17th hearing be cancelled.

**Michael Rudnick**
By his attorneys,
Shaheen & Gordon, PA.

Date: April 12, 2024        By:     /s/Lawrence A. Vogelman
                                              Lawrence A. Vogelman (#10280)
                                              353 Central Ave, Suite 200
                                              P.O. Box 977
                                              Dover, NH 03821
                                              Phone: 603-749-5000
                                              Fax:  603-749-1838
                                              Email:  lvogelman@shaheengordon.com

1

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was delivered via ECF to all counsel of record.

              /s/Lawrence A. Vogelman
              Lawrence A. Vogelman