UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MICHAEL RUDNICK              )<br>          Plaintiff                        )<br>     v.                                         )<br>                                                )<br>NH DEPT OF CORRECTIONS ET AL.  )<br>          Defendant                    ) | Case No. 24-cv-085-JL-TSM |

**PETITIONER'S STATUS REPORT**

1. Michael Rudnick, by his Attorney Lawrence Vogelman submits this report.

2. The sole cognizable claim found by the undersigned is a request to be released and returned to Glencliff, a residential community.

3. I have been informed By Attorney Christopher Johnson that Mr. Rudnick has been released and is back at Glencliff.

4. I believe the best course of action is to dismiss the instant petition without prejudice as moot.

5. Due to the nature of this pleading the position of the Attorney General has not been sought nor is a memorandum of law necessary.

                                                      **Michael Rudnick**
                                                      By his attorneys,
                                                      Shaheen & Gordon, PA.

Date: June 18, 2024          By:     /s/Lawrence A. Vogelman
                                                    Lawrence A. Vogelman (#10280)
                                                    353 Central Ave, Suite 200
                                                    P.O. Box 977
                                                    Dover, NH 03821
                                                    Phone: 603-749-5000
                                                    Fax:  603-749-1838
                                                    Email: lvogelman@shaheengordon.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was delivered via ECF to all counsel of record.

                                /s/Lawrence A. Vogelman
                                Lawrence A. Vogelman